1831.
July 5.

BORRADAILE
*vs.*
BORRADAILE

shape in which it appears, to have the benefit of it saved to the hearing, nor to have it stand for an answer: *Mitf.* 245, *3d edit.* They must answer the bill fully; but in so doing, they are at liberty, if they think proper, to make the release a part of their answer, and to rely again upon it: *Ib.* 248.

In pursuance of the 49th Rule, the defendants have thirty days to answer the bill, on payment of the costs of the hearing upon the plea.

---

BORRADAILE *vs.* BORRADAILE.

---

In a suit for a nullity of marriage on account of another wife living, the affidavit of regularity of the proceedings is the only affidavit necessary: the explanation as to cohabitation, connivance or time, mentioned in the 165th rule, does not apply.

---

July 5,
1831.

*Practice.*
*Affidavit of*
*regularity.*

THE bill in this case was filed to annul the marriage, on account of the defendant's having a former wife living. It had been taken *pro confesso;* and in moving for a reference under the 164th rule, Mr. *D. B. Ogden* merely read an affidavit of the regularity of the proceedings.

This was understood to be sufficient; and the Vice-Chancellor was of opinion there was no necessity, in a case of this kind, for any of the affidavits mentioned in the 165th rule, (i. e. as to cohabitation, connivance at adultery or time.)